# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JOHN LEE BLACK, SR.
ADC #145623                                                              PLAINTIFF

v.                      No. 4:20-cv-999-DPM

SHANE JONES, Sheriff, Pope
County Detention Center;   ROWDY
SWEET, Captain, Pope County Detention
Center;   and BLAKE WILSON, Chief,
Pope County Detention Center                                            DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Black hasn't responded to Defendants' motion to dismiss or the Court's 10 May 2021 Order;  instead, his mail is being returned undelivered.  *Docs. 16, 19, 20 & 23.*  His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Motion to dismiss, *Doc. 16*, denied without prejudice as moot.  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 June 2021