IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN LEE BLACK, SR.
ADC #145623                                                              PLAINTIFF

v.                       No. 4:20-cv-999-DPM

SHANE JONES, Sheriff, Pope
County Detention Center;   ROWDY
SWEET, Captain, Pope County Detention
Center;   and BLAKE WILSON, Chief,
Pope County Detention Center                                             DEFENDANTS

## JUDGMENT

Black's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 2021